IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRACY WARD,** | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | **Civil Action No.** |
| **QUALITY TERMINAL SERVICES,** | § | |
| **LLC. and ALLIANCE TERMINAL** | § | |
| **RAILROAD, LLC** | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 3.1(f), upon information and belief, the following persons or legal entities are or may be financially interested in the outcome of this case.

(1) Tracy Ward;

(2) Quality Terminal Services, LLC;

(3) Alliance Terminal Railroad, LLc;

(4) Howard M. Rosenstein, PC;

Dated this 8th day of February, 2011.

           Respectfully submitted,

           /s/ Howard Rosenstein
           Howard Rosenstein
           TX Bar No.: 17279700
           Attorney at Law
           1309-B W. Abram
           Arlington, TX 76013
           817-261-4213 (phone)
           817-261-4214 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been sent via facsimile to the following counsel of record:

> **Anne P. Terwilliger**
> **P. Caleb Patterson**
> **Ogletree, Deakins, Nash,**
> **Smoak & Stewart, P.C.**
> **8117 Preston Road, Suite 700**
> **Dallas, Texas 75225**
> **214-987-3800**
> **214-987-3927 - facsimile**

on this the 28th day of April, 2010.

                Christian Jenkins /s/
                Christian Jenkins